# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>*Plaintiff*,<br><br>v.<br><br>LONG DOG FAT CAT LLC,<br><br>*Defendant*. | Case No. 8:17-cv-00129-RFR-SMB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that all claims asserted in the above-captioned case by Plaintiff Zach Hillesheim may be dismissed with prejudice, and that this Court may enter an Order dismissing the claims asserted by Plaintiff Zach Hillesheim with prejudice and without costs, expenses, or disbursements to any party.

Dated: March 19, 2018

**SMITH SLUSKY LAW, LLP**

/s/ Aaron Smeall
Aaron Smeall (#22756)
Smith Slusky Law, LLP
8712 W Dodge Rd, Suite 400
Omaha NE, 68114
Email: asmeall@smithlusky.com
Phone: (402) 392-0101
**ATTORNEYS FOR DEFENDANT**

Dated: March 19, 2018

**BROWNE LAW LLC**

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
Browne Law LLC
8530 Eagle Point Blvd, Suite 100
Lake Elmo, MN 55042
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805
**ATTORNEYS FOR PLAINTIFF**